IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN SANCHEZ,

    Plaintiff,                         No. CIV S-07-0535 FCD GGH PS

    vs.

ELK GROVE UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.                    <u>ORDER</u>

                                /

          By order filed November 6, 2007, defendants' motion to dismiss plaintiff's complaint was granted and plaintiff was given thirty days leave to file an amended complaint. The thirty day period expired, and plaintiff did not file an amended complaint or otherwise respond to the court's order. On December 5, 2007, defendant filed a "notice of noncompliance with court order," which the court construes as a motion to dismiss for failure to comply with the court's order. Plaintiff is instructed to respond to this notice. If plaintiff does not intend to proceed with his action, he must at least give the court and defendant the courtesy of a response and notice to this effect.

          Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a response to defendant's December 5, 2007, "notice of noncompliance with court order," construed as a

1

1  motion to dismiss, within TEN days of this order.  Failure to respond to this order will result in a
2  recommendation that this action be dismissed with prejudice.
3  DATED: 01/09/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

5  GGH:076
sanchez0535.res