IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN SANCHEZ,

        Plaintiff,                         No. CIV S-07-0535 FCD GGH PS

    vs.

ELK GROVE UNIFIED SCHOOL DISTRICT, et al.,

        Defendants.               FINDINGS & RECOMMENDATIONS

_____/

        By order filed November 6, 2007, defendants' motion to dismiss plaintiff's complaint was granted and plaintiff was given thirty days leave to file an amended complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. On January 9, 2008, the court ordered plaintiff to respond to defendant's "notice of noncompliance with court order," filed December 5, 2007. Plaintiff did not respond to that order.

        For the reasons given in the November 6, 2007, order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

\\\\\

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 04/10/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076:035
sanchez.fta